LOUISE HOERUP, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff when she was alighting through the rear door of defendant's trolley car, judgment of

the City Court of Yonkers, entered on the verdict of a jury in favor of plaintiff, affirmed, with costs. No opinion. Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., and Adel, J., dissent and vote to reverse the judgment and to dismiss the complaint on the ground that plaintiff was guilty of contributory negligence as a matter of law.